IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY REED-MURRY,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, et al,<br><br>Defendants. | 1:15-cv-731-WSD |

### ORDER

The parties have advised the Court that the above case has settled. The parties are directed to file a Motion to Approve Settlement on or before March 31, 2016. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED**, this 29th day of February, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE