IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY REED-MURRY, CHERYL GREENFIELD, and STEPHANIE ROBINSON *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs<br><br>v.<br><br>CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY, LLC, and PACE STAFFING ALTERNATIVES, INC. D/B/A EXECUTIVE BUSINESS SOLUTIONS,<br><br>Defendants. | CIVIL ACTION NO. 1:15-CV-00731-WSD |

## JOINT MOTION TO APPROVE SETTLEMENT

Defendants Centene Corporation, Centene Management Company, LLC, and Pace Staffing Alternatives, Inc. D/B/A Executive Business Solutions (collectively "Defendants") and Plaintiffs Nancy Reed-Murry, Cheryl Greenfield, and Stephanie Robinson (collectively "Plaintiffs") (collectively the "Parties"), respectfully jointly move the Court to: (1) conduct a review of the proposed Settlement Agreement and General Release ("Settlement Agreement") which the

Parties are concurrently filing with the Court; (2) approve the Settlement Agreement entered into between the Parties; and (3) enter an Order dismissing with prejudice all of the claims alleged in the lawsuit against Defendants by Plaintiffs. In support of this Motion, the Parties submit a Memorandum of Law and incorporate it by reference.

The Parties respectfully request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreements and dismissing this action with prejudice.

Respectfully submitted this 14th day of April, 2016.

| /s/ Steven Eric Wolfe | /s/ Tracey T. Barbaree |
|---|---|
| Louise N. Smith | Tracey T. Barbaree |
| Georgia Bar No. 131876 | Georgia Bar No. 036792 |
| louise@smithlaw-llc.com | tbarbaree@littler.com |
| William J. Smith | Angelo Spinola |
| Georgia Bar No. 710280 | Georgia Bar No. 672191 |
| William@smithlaw-llc.com | aspinola@littler.com |
| Smith Law, LLC | Marcia A. Ganz |
| P. O. Box 1396 | Georgia Bar No. 320317 |
| Dacula, GA 30019 | mganz@littler.com |
| 678.691.5676 | Jennifer B. Miller |
|  | Georgia Bar No. 614520 |
| Eleanor Mixon Attwood | jbmiller@littler.com |
| Georgia Bar No. 514014 | Littler Mendelson, P.C. |
| emattwood@law-llc.com | 3344 Peachtree Road N.E. |
| Steven Eric Wolfe | Suite 1500 |
| Georgia Bar No. 142441 | Atlanta, GA 30326.4803 |
| sewolfe@law-llc.com | 404.233.0330 |
| Legare, Attwood & Wolfe, LLC |  |

3

400 Colony Square  
Suite 1000  
1201 Peachtree Street, NE  
Atlanta, GA 30361  
470.823.4000  

Attorneys for Plaintiffs

Attorneys for Defendants

## FONT CERTIFICATION

Pursuant to Local Rule 7.1D, the undersigned hereby certifies that this pleading complies with the font requirements of Local Rule 5.1C because this document has been prepared in Times New Roman, 14-point type.

>
> */s/ Tracey T. Barbaree*
> Tracey T. Barbaree
> Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY REED-MURRY, CHERYL GREENFIELD, and STEPHANIE ROBINSON *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs<br><br>v.<br><br>CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY, LLC, and PACE STAFFING ALTERNATIVES, INC. D/B/A EXECUTIVE BUSINESS SOLUTIONS,<br><br>Defendants. | CIVIL ACTION NO. 1:15-CV-00731-WSD |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Louise N. Smith
William J. Smith
SMITH LAW, LLC
P. O. Box 1396
Dacula, GA 30019

5

Eleanor M. Attwood
Steven E. Wolfe
Legare, Attwood & Wolfe, LLC
400 Colony Square
Suite 1000
1201 Peachtree Street, NE
Atlanta, GA 30361

*/s/ Tracey T. Barbaree*
Tracey T. Barbaree
Georgia Bar No. 036792
Attorney for Defendants