IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY REED-MURRY, CHERYL GREENFIELD, and STEPHANIE ROBINSON *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs<br><br>v.<br><br>CENTENE CORPORATION, CENTENE MANAGEMENT COMPANY, LLC, and PACE STAFFING ALTERNATIVES, INC. D/B/A EXECUTIVE BUSINESS SOLUTIONS,<br><br>Defendants. | CIVIL ACTION NO. 1:15-CV-00731-WSD |

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and the parties' proposed Settlement Agreement. [Doc. #24 and 25-1]. After reviewing the record and the parties' joint submissions, the Court enters the following Order.

Having reviewed the Settlement Agreement [Doc. #25-1] the parties executed, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Settlement Agreement was negotiated at arm's length by

represented parties and is not the result of collusion. The Court also finds that the payments of attorneys' fees and costs provided in the Settlement Agreement are reasonable.

Therefore, the Joint Motion to Approve Settlement is **GRANTED**, the settlement is **APPROVED**, and the terms of the Settlement Agreement are incorporated into this Order. The Court will retain jurisdiction for the purpose of enforcing the Settlement Agreement.

**SO ORDERED** this 15th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE